UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   ED CV 14-2364 RGK (RAO)                     Date:   May 8, 2015
Title:          Aaron Raiser v. City of Lake Elsinore, et al.

Present:          The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

N/A                                                          N/A

**Proceedings:**          (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On December 5, 2014, plaintiff Aaron Raiser ("Plaintiff"), proceeding *pro se*, filed a Complaint ("Complaint") against (1) the City of Lake Elsinore, (2) the County of Riverside, and (3) Does 1-10, alleging certain violations of 42 U.S.C. §1983.  Plaintiff's deadline to file proofs of service of the Complaint and summons (dated December 5, 2014) was set to expire on April 6, 2015.  On March 5, 2015, the County of Riverside filed an answer to the Complaint.  On April 6, 2015, Plaintiff filed a motion to extend the deadline to serve the City of Lake Elsinore and Does 1-10.  The Court granted Plaintiff's motion, in part, on April 9, 2015 and extended the deadline to serve the City of Lake Elsinore and Does 1-10 through Monday, April 27, 2015.  As of today, Thursday, May 7, 2015, Plaintiff has not filed the required proofs of service.

In light of the foregoing IT IS HEREBY ORDERED that Plaintiff must show cause in writing, on or before **May 15, 2015**, why Plaintiff's actions against the City of Lake Elsinore and Does 1-10 should not be dismissed due to Plaintiff's failure to prosecute.  Failure to comply with this Order and/or to show cause will result in the dismissal of the actions against the City of Lake Elsinore and Does 1-10.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer          gr