Bruce E. Disenhouse, 078760
Bruce@DisenhouseLaw.net
DISENHOUSE LAW APC
3890 Eleventh Street, Suites 215-217
Riverside, California 92501
T: 951-530-3710
F: 951-543-4239

Attorneys for Defendant COUNTY OF RIVERSIDE and CITY OF LAKE ELSINORE

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AARON RAISER, | CASE NO.: 14-edcv-02364-RGK(RAO) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| CITY OF LAKE ELSINORE, COUNTY OF RIVERSIDE and DOES 1-10, individually and official capacity, | |
| Defendants. | |

THE COURT HEREBY ORDERS, following review of the parties' Joint Stipulation, that this entire action be hereby dismissed, with prejudice.

IT IS SO ORDERED.

Dated: SEP 2 2 2015

_____
HONORABLE R. GARY KLAUSNER
United States District Court Judge